UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. HARRISON, AN INDIVIDUAL DOING BUSINESS AS LASER BONDING TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND VOGEL PAINT COMPANY, AN IOWA CORPORATION, AND FASSE PAINT COMPANY, INC., A WISCONSIN CORPORATION,<br><br>Defendants. | CASE NO. 2:21-CV-06992-SB-GJSx<br><br>Presiding Judge:<br>Honorable Stanley Blumenfeld, Jr.<br>Courtroom 6C, Los Angeles<br><br>**ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE SUBJECT TO CONDITIONS**<br><br>**(1)   APPROVING STIPULATION FOR VOLUNTARY DISMISSAL;**<br><br>**(2)   DISMISSING ACTION WITH PREJUDICE;**<br><br>*[Stipulation for Voluntary Dismissal filed concurrently herewith}*<br><br>Action Filed:   January 11, 2021<br>Trial Date:       August 22, 2022 |

## **ORDER**

The Court, having considered the Stipulation for Voluntary Dismissal with Prejudice Subject to Conditions (the Stipulation) entered into among Plaintiff PAUL W. HARRISON, an Individual Doing Business as Laser Bonding Technology, on one hand, and Defendant NEXGEN COATINGS, LLC

-1-

erroneously sued as DIAMOND VOGEL PAINT COMPANY and FASSE PAINT COMPANY, INC., on the other hand, and good cause appearing therefor, orders as follows:

     1.    The Stipulation is approved.

     3.    Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511U.S. 375, 381 (1994), and pursuant to the parties' request and consent, the Court retains jurisdiction over the parties' settlement agreement for the purposes of enforcing the settlement agreement.

     3.    Subject to the Court's retention of jurisdiction as specified above, the action is dismissed with prejudice. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Date:    July 5, 2022

Hon. Stanley Blumenfeld, Jr.
United States District Judge